AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Greenbelt Resources Corporation,
f/k/a Originally New York, Inc., a
Nevada corporation,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:  07-cv-4103 DWF/SRN

Redwood Consultants, LLC, a
California limited liability company,
U.S. Sustainable Energy Corporation,
and John Rivera, individually and in
his capacity as Chairman and Chief
Executive Officer of U.S. Sustainable
Energy Corporation

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendant Redwood's Motion to Dismiss (Doc. No. 7) is **GRANTED**.
2. Defendants USSEC and Rivera's Motion to Dismiss (Doc. No. 30) is **GRANTED**.
3. Plaintiff's Complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE.**

|  May 28, 2008 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Katie Thompson |
| | (By)         Katie Thompson,   Deputy Clerk |

Form Modified:  09/16/04